**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENETTE J. LIGON, Individually and as the
representative of a class of similarly situated persons,

                                                       Case No.   1:23-cv-4720-AT

               Plaintiff,

    - against -

TALKSHOPLIVE, INC.,

                           Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

        Denette J. Ligon, by her attorneys, Shaked Law Group, P.C., and pursuant to

FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and

without costs or attorneys' fees, of the above-referenced matter against Talkshoplive, Inc.

Dated: Scarsdale, New York
       July 27, 2023

                           SHAKED LAW GOUP, P.C.
                           Attorneys for Plaintiff

                       By:_____
                           Dan Shaked, Esq.
                           14 Harwood Court, Suite 415
                           Scarsdale, NY 10583
                           Tel. (917) 373-9128
                           Fax (718) 704-7555
                           e-mail: ShakedLawGroup@Gmail.com